

# Fourth Court of Appeals
## San Antonio, Texas

July 9, 2021

No. 04-21-00189-CV

**B&E TRUCKING, LLC,**
Appellant

v.

Jackline **ROLLINS,**
Appellee

From the 288th Judicial District Court, Bexar County, Texas
Trial Court No. 2020-CI-16578
Honorable Cathleen M. Stryker, Judge Presiding

# O R D E R

On May 11, 2021, appellant Bill Trevino Hall filed a restricted appeal seeking to appeal "due to no service of citation to him and a resulting judgment taken against Bill Trevino Hall's business, B & E Trucking Co." The clerk's record includes a final judgment which grants appellee Jackline Rollin's default judgment against appellant B & E Trucking.

Generally, a restricted appeal is available only to parties of record, so that non-parties who have not properly intervened in the trial court lack standing to pursue an appeal of the trial court's judgment. *Gator Licensing, LLC v. Mack*, No. 04-10-00610-CV, 2011 WL 3502013, at *2 (Tex. App.—San Antonio Aug. 10, 2011, no pet.) (mem. op.). Here, appellant Bill Trevino Hall was not a party of record in the trial court.

We therefore **ORDER** appellant Bill Trevino Hall to file **by July 23, 2021,** a response showing cause why his appeal should not be dismissed for lack of jurisdiction for lack of standing. If appellant Bill Trevino Hall fails to satisfactorily respond within the time provided, his appeal will be dismissed. *See* TEX. R. APP. P. 42.3(a), (c).

_____
Rebeca C. Martinez, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 9th day of July, 2021.

MICHAEL A. CRUZ, Clerk of Court